

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT
STATE OF OKLAHOMA

**FILED**
AUG 26 2022
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

1) JARED F. COLLINS,  )
  )
 Plaintiff,  )
  )
v.  ) Case No. 22 CV-375 GKF-SH
  )
1) BOARD OF COUNTY  )
COMMISSIONERS OF NOWATA  ) **ATTORNEY'S LIEN CLAIMED**
COUNTY,  ) **JURY TRIAL DEMANDED**
  )
 Defendant.  )

## COMPLAINT

**COMES NOW** Plaintiff, Jared F. Collins, and for this his claim and cause of action against the Defendant, Nowata County, State of Oklahoma, states as follows:

**I**

This court has jurisdiction of the parties and the subject matter of this action by virtue of 42 U.S.C. § 12101, as amended. 28 U.S.C. § 1331.

**II**

At all times material hereto Plaintiff was a disabled employee of the Defendant. Throughout his employment Plaintiff was subject to discrimination based on this disability and endured a hostile work environment as a result of Defendant's negligent and/or reckless and/or willful acts and omissions. Ultimately, Defendant terminated Plaintiff's employment based on his disability and after he had made complaints to the Equal Employment Opportunity Commission.

FWF/kes
\\FFH-VM-DC\Company\Clients\OPEN\Kathy\FWF\COLLINS, Jared S. (22-2044) (Civil)\complaint.wpd



**III**

As a result, Plaintiff has lost wages, endured emotional distress, and has otherwise been damaged.

**IV**

Plaintiff received his Notice of Right to Sue from the United States Equal Employment Opportunity Commission (EEOC) and this action timely commences.

**WHEREFORE**, premises considered, Plaintiff prays for judgment against the Defendant for actual and punitive damages in a sum in excess of One Million Dollars ($1,000,000.00), attorney's fees and expenses, all costs of this action, and injunctive relief and such other relief to which he may be deemed entitled.

Respectfully submitted,

FRASIER, FRASIER & HICKMAN, LLP

By: _____
Frank W Frasier, OBA #17864
Steven R. Hickman, OBA #4172
Maureen M. Johnson, OBA #21750
1700 Southwest Boulevard
Tulsa, OK 74107-1730
(918) 584-4724
(800) 522-4049
(918) 583-5637 *fax*
frasier@tulsa.com *e-mail*