IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) **JARED F. COLLINS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No. 22-CV-375-GKF-MTS |
| | ) | |
| (1) **BOARD OF COUNTY** | ) | |
| **COMMISSIONERS OF NOWATA** | ) | |
| **COUNTY,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**COME NOW** Plaintiff, by and through his undersigned counsel, and pursuant to Fed.R.Civ.Pro. 41(a)(1)(A)(ii), and with the agreement and stipulation of all parties, hereby dismisses with prejudice all claims against the Defendant Board of County Commissioners of Nowata County. The parties stipulate that they shall each bear their own attorney fees and costs.

Respectfully submitted,

Frank W. Frasier  *Signed with Permission
by Filing Attorney*

---

Frank W. Frasier, OBA #17864
Steven R. Hickman, OBA #4172
Maureen M. Johnson, OBA #21750
Frasier, Frasier & Hickman, LLP
1700 Southwest Boulevard
Tulsa, OK  74107-1730
Email: frasier@tulsa.com

*Attorney for Plaintiff*

---

Thomas A. LeBlanc, OBA #14768

{00712831}                                         1

tleblanc@bestsharp.com
Emily K. Wilson, OBA #33091
ewilson@bestsharp.com
BEST & SHARP
Williams Center Tower 1
One West Third Street, Suite 900
Tulsa, OK 74103
Telephone: (918) 582-1234
Facsimile: (918) 585-9447

*Attorneys for Defendant,*
*Board of County Commissioners*
*of Nowata County*